1  **BROCK & GONZALES, LLP**
   6701 CENTER DRIVE WEST, SUITE 610
2     LOS ANGELES, CA 90045
   Tel: (310) 294-9595
3     Fax: (310) 961-3673
   D. AARON BROCK, STATE BAR NO. 241919
4     ab@brockgonzales.com
   JESSE S. STRATOS, STATE BAR NO. 318685
5     js@brockgonzales.com

6  **Attorneys for Plaintiff**
7  HERCILIA SERNA

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11  HERCILIA SERNA, an individual,    **Case No.: 5:21-CV-00575 JWH (KKx)**
                                            Judge: Hon. John W. Holcomb, Ctrm. 9D
12        Plaintiff,    Magistrate: Hon. Kenly Kiya Kato
13     vs.
                                            **NOTICE OF SETTLEMENT**
14
15  UNITED PARCEL SERVICE,
   INC., an Ohio corporation; and
16  DOES 1-50, inclusive,
17
      Defendants.
18
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1
**NOTICE OF SETTLEMENT**

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES OF RECORD:**

Pursuant to an order of the Court, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 45 days in which to file the dismissal.

DATED: November 14, 2022             BROCK & GONZALES, LLP

                                     By:   */s/ Jesse S. Stratos*
                                           D. AARON BROCK
                                           JESSE S. STRATOS
                                           Attorneys for Plaintiff